UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| SONYA MARIE DANIELS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOLLY HILL, et. al.,<br><br>　　　　Defendants. | NO. EDCV 18-1730-PSG (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE**<br>**JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Second Amended Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at her current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: May 20, 2019

                                                      _____
                                                      PHILIP S. GUTIERREZ
                                                      UNITED STATES DISTRICT JUDGE