JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| SONYA MARIE DANIELS, | ) NO. EDCV 18-1730-PSG (AS) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| MOLLY HILL, et. al., | ) |
| Defendants. | ) |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 20, 2019

　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE